**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | |
|---|---|
| MARK THORPE, individually and on behalf of all others similarly situated, | **Case No. 2:22-cv-02035-MHW-CMV** <br> FLSA Collective Action |
| v. | Judge Michael H. Watson |
| DHL EXPRESS (USA), INC. d/b/a DHL EXPRESS and EXEL INC. d/b/a DHL SUPPLY CHAIN (USA) | Magistrate Judge Chelsey M. Vascura |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), J. Corey Asay, trial attorney for Mark Thorpe, in the above-referenced action, hereby moves the court to admit Matthew S. Parmet, *pro hac vice*, to appear and participate as counsel or co-counsel in this case for Mark Thorpe.

Movant represents that Mr. Parmet is a member in good standing of the highest court of Texas as attested by the accompanying certificate from that court and that Mr. Parmet is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Mr. Parmet's relevant identifying information is as follows:

> **Matthew S. Parmet**
> TX Bar # 24069719
> **PARMET PC**
> 3 Riverway, Ste. 1910
> Houston, TX 77056
> phone 713 999 5228
> matt@parmet.law

Respectfully submitted,

*/s/ J. Corey Asay*

By: _____

**J. Corey Asay**
Ohio Bar No.: 0090203
**MORGAN & MORGAN, P.A.**
333 W. Vine St., Ste. 1200
Lexington, KY 40507
Tel:    (859) 286-8368
Fax:    (859) 286-8384
Email: casay@forthepeople.com

**Matthew S. Parmet**
TX Bar # 24069719
(*seeking admission pro hac vice*)
**PARMET PC**
3 Riverway, Ste. 1910
Houston, TX 77056
phone  713 999 5228
matt@parmet.law

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2022, I filed the foregoing using the Court's CM/ECF system, which I understand will transmit notice to all counsel of record.

_s/J. Corey Asay_
_Counsel for Plaintiff_