UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| MARK THORPE, individually and on behalf of all others similarly situated,<br><br>v.<br><br>DHL EXPRESS (USA), INC. d/b/a DHL EXPRESS and EXEL INC. d/b/a DHL SUPPLY CHAIN (USA) | **Case No. 2:22-cv-02035-MHW-CMV**<br>FLSA Collective Action<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Chelsey M. Vascura |

CAME ON TO BE CONSIDERED Plaintiff's Motion for Pro Hac Vice Admission of Matthew S. Parmet, and the Court having reviewed the Motion is of the opinion that the requirements of Local Civil Rule 83.3(e) have been met.

IT IS THEREFORE ORDERED that the Motion should be and hereby is GRANTED.

_____     _____
Date                                                                  United States Judge