## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| MARK THORPE, individually and on behalf of all others similarly situated, | **Case No. 2:22-cv-02035-MHW-CMV** FLSA Collective Action |
| v. | Judge Michael H. Watson |
| DHL EXPRESS (USA), INC. d/b/a DHL EXPRESS and EXEL INC. d/b/a DHL SUPPLY CHAIN (USA) | Magistrate Judge Chelsey M. Vascura |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on Plaintiff Mark Thorp's unopposed motion for partial dismissal of all claims against Defendant DHL Express (USA), Inc. d/b/a DHL Express ("DHL Express"), without prejudice (ECF No. 14). For good cause shown, the Motion (ECF No. 14) is **GRANTED**. All claims by Thorpe against DHL Express only are DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and fees.

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE