**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | |
|---|---|
| MARK THORPE, individually and on behalf of all others similarly situated, | **Case No. 2:22-cv-02035-MHW-CMV** FLSA Collective Action |
| v. | Judge Michael H. Watson |
| DHL EXPRESS (USA), INC. d/b/a DHL EXPRESS and EXEL INC. d/b/a DHL SUPPLY CHAIN (USA) | Magistrate Judge Chelsey M. Vascura |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Mark Thorpe gives notice of the voluntary dismissal of this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not answered or filed a motion for summary judgment. This dismissal therefore takes effect upon its filing, without further action of the Court. FED. R. CIV. P. 41(a)(1)(A). This dismissal is without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B).

Respectfully submitted,

*/s/ Matthew S. Parmet*

By: _____

**Matthew S. Parmet**
TX Bar # 24069719
(*admitted pro hac vice*)
**PARMET PC**
3 Riverway, Ste. 1910
Houston, TX 77056
phone 713 999 5228
matt@parmet.law

**J. Corey Asay**
Ohio Bar No.: 0090203
**MORGAN & MORGAN, P.A.**
333 W. Vine St., Ste. 1200
Lexington, KY 40507
Tel:    (859) 286-8368
Fax:    (859) 286-8384
Email: casay@forthepeople.com

**Attorneys for Plaintiff**